| | |
|---|---|
| DEFENDANT: | ED DEAN JAGERS II |
| AGE/YOB: | 61 / 1962 |
| COMPLAINT FILED? | _____ Yes    ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    _X_ No |
| OFFENSE(S): | 18 U.S.C. § 371 (Conspiracy to injure and depredate government property ) |
| LOCATION OF OFFENSE: | Baca County, Colorado and elsewhere |
| PENALTY: | NMT 5 years imprisonment, a fine of $250,000, NMT 3 years supervised release, and a Special Assessment fee of $100 |
| AGENT: | **Molly Cox**<br>Special Agent, United States Department of Commerce-Office of Inspector General |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

Will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.

2