# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00259-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEAN JAGERS II,

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

COMES NOW, Richard K. Kornfeld of Recht Kornfeld, P.C. hereby enters his appearance as counsel for the above-named Defendant and further requests that all future documents, pleadings, notices and other matters be directed to the address and telephone number set forth below.

    Respectfully submitted,

    **RECHT KORNFELD, P.C.**

    *s/ Richard K. Kornfeld*
    RICHARD K. KORNFELD
    Attorney for Defendant Jagers
    1600 Stout Street, Suite 1400
    Denver, CO 80202
    (303) 573-1900
    (303) 446-9400 (fax)
    rick@rklawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2023, I submitted the foregoing **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.


*s/ Kate Sorice*
Kate Sorice