# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00259-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ED DEAN JAGERS II,

    Defendant.

## NOTICE OF DISPOSITION

Defendant Ed Dean Jagers II, by and through counsel, Richard K. Kornfeld of Recht Kornfeld, P.C., hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

Respectfully submitted,

**RECHT KORNFELD, P.C.**

*/s/ Richard K. Kornfeld*
RICHARD K. KORNFELD
1600 Stout Street, Suite 1400
Denver, CO 80202
(303) 573-1900
(303) 446-9400 (fax)
rick@rklawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2023, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*/s/ Kate Sorice*
Legal Assistant